DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEATRIZ CHALMETA** a/k/a **BEATRIZ ELENA CHALMETA** and
**JULIO CHALMETA,**
Appellants,

v.

**WACHOVIA MORTGAGE, F.S.B.** f/k/a **WORLD SAVINGS BANK, F.S.B.,**
Appellee.

No. 4D19-3493

[January 15, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 09-063847.

Beatriz Chalmeta a/k/a Beatriz Elena Chalmeta and Julio Chalmeta, Weston, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, GERBER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***